**RECEIVED**
CHARLOTTE, N.C.

JUN 0 1 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**DOCKET NO. 3:04CR274-MU**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>(12) ADRIAN LEE DU )<br>           Defendant )<br>_____ ) | **ORDER TO AMEND CONDITIONS<br>OF PRETRIAL RELEASE** |

**HAVING READ AND CONSIDERED** the Motion to Amend Conditions of Pretrial Release of Defendant, Adrian Lee Du,

**IT IS HEREBY ORDERED** that the Detention Order of the Defendant, Adrian Lee Du be modified to eliminate the curfew requirement. All other remaining conditions of release shall remain the same.

This 13th day of June, 2005.

*Graham C. Mullen*
HONORABLE GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

